UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00255-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN FELIX LOPEZ-GARCIA,
a/k/a John Morales-Garcia,
a/k/a John Lopez Garcia,
a/k/a Juan Lopez,
a/k/a Juan Garcia Lopez,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court on the Notice of Disposition and Motion Requesting Change of Plea Hearing **(#17 )** filed on September 12, 2007, by Defendant. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. The Motion is **GRANTED** and a Change of Plea hearing is set for **Monday, October 29, 2007,** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th

Street, Denver, Colorado.

3. The final trial preparation conference set for September 21, 2007, and the September 24, 2007, trial date are **VACATED**.

Dated this 13th day of September, 2007.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge