UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00255-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN FELIX LOPEZ-GARCIA,
a/k/a John Morales-Garcia,
a/k/a John Lopez Garcia,
a/k/a Juan Lopez,
a/k/a Juan Garcia Lopez,

        Defendant.

_____

## ORDER RESETTING SENTENCING HEARING
_____

THIS MATTER comes before the Court *sua sponte*. It appears from a review of the Court's docket that a scheduling conflict exists on the date this matter is set for sentencing. Accordingly,

**IT IS ORDERED** that the sentencing hearing set for January 22, 2008, is reset to **Monday, February 4, 2008, at 10:45 a.m.**

DATED this 6th day of November, 2007.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge